UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ANTONIO RAMOS AMAYA, | Case No. 8:26-cv-01255 ADS |
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| ANDRE QUINONES, et al., | |
| Respondents. | |

On May 19, 2026, Petitioner Gerardo Antonio Ramos Amaya, proceeding through counsel, filed a Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §§ 2241 and 2242 and Complaint for Declaratory and Injunctive Relief (the "Petition"). (Dkt. No. 1.)  On May 26, 2026, Respondents filed an Answer to the Petition, stating they are "not presenting an opposition argument." (Dkt. No. 10.)  On June 3, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered without requiring further proceedings.  (Dkt. No. 14.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 10), the unopposed Petition is granted. Respondents shall immediately release Petitioner Gerardo Antonio Ramos Amaya (A# 294-494-296).  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  June 4, 2026  _____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2