JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ANTONIO RAMOS AMAYA, | Case No. 8:26-cv-01255 ADS |
| Petitioner, | |
| v. | JUDGMENT |
| ANDRE QUINONES, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  June 4, 2026          _____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge